82,956-01

March 25, 2015

Court of Criminal Appeals
P.O. Box 12308
Austin, Tx 78711

RE: CAUSE NO. 17859-B Taylor County Texas
STATE OF TEXAS VS. Travis Longoria

I filed a writ of Habeas Corpus Art 11.07 with the Taylor County District Clerk, I was informed that it was sent to the Court of Criminal Appeals.
Have you recived my writ? What is the Status of the writ.
Any and all help with this matter would greatly be appreciated.

Respectfully,

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 31 2015
Abel Acosta, Clerk

Travis Longoria
# 99577
910 S 27th St
Abilene, Tx 79602